AO 93 (Rev. 11/13) Search and Seizure Warrant (USAO CDCA Rev. 12/14/20)

# UNITED STATES DISTRICT COURT
for the
Central District of California

In the Matter of the Search of ) 
United States Postal Service parcels 9505 5145 0164 4040 8576 76 ("SUBJECT PARCEL 1"); 9505 5145 0163 4040 5607 51("SUBJECT PARCEL 2"); 9505 5145 5758 4040 9426 15 ("SUBJECT PARCEL 3"); 9505 5156 2931 4040 6515 13 ("SUBJECT PARCEL 4"); and 9505 5152 6656 4040 8754 18 ("SUBJECT PARCEL 5"). )

Case No. **2:24-MJ-00827**

## SEARCH AND SEIZURE WARRANT

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the Central District of California:

*See Attachment A*

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal:

*See Attachment B*

Such affidavit(s) or testimony are incorporated herein by reference.

**YOU ARE COMMANDED** to execute this warrant on or before <u>14 days from the date of its issuance</u> *(not to exceed 14 days)*

☐ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

You must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to <u>the U.S. Magistrate Judge on duty at the time of the return through a filing with the Clerk's Office.</u>

Date and time issued:   2/14/2024   15:45

_____
*Judge's signature*

City and state:   Los Angeles, CA

Hon. Michael Wilner, United States Magistrate Court Judge
*Printed name and title*

AUSA: <u>Sarah E. Spielberger (x3358)</u>

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

## Return

| Case No.: **2:24-MJ-00827** | Date and time warrant executed: 2/15/2024 9:56 AM | Copy of warrant and inventory left with: USPS |
|---|---|---|

Inventory made in the presence of:
Postal Inspector Nick Ross

Inventory of the property taken and name of any person(s) seized:

No contraband found in any subject parcel.

Returned to the mail stream.

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 2/15/2024

/s/ Troy Maki
*Executing officer's signature*

Troy Maki, U.S. Postal Inspector
*Printed name and title*

<u>ATTACHMENT A</u>

<u>PARCELS TO BE SEARCHED</u>

The following five United States Postal Service ("USPS") parcels, (collectively, the "SUBJECT PARCELS"), seized on February 9, 2024, from Los Angeles, California, and currently in in the custody of the United States Postal Inspection Service ("USPIS") in Los Angeles, California:

    a.    SUBJECT PARCEL 1 is a USPS Priority Mail parcel with tracking label number 9505 5145 0164 4040 8576 76, weighing approximately four pounds 2.2 ounces, with a listed return address of "Estefani Arteaga, 6576 Scout Ave. Bell Gardens, CA 90201."

    b.    SUBJECT PARCEL 2 a USPS Priority Mail parcel with tracking label number 9505 5145 0163 4040 5607 51, weighing approximately six pounds 14.8 ounces, with a listed return address of "Tuelisse Santiago, 5881 Fostoria St. Bell Gardens, CA 90201," and a recipient address of "Alonda N. Rodriguez. Urb Villa Del Carmen. Calle 3 E9, Cidra, P.R. 00739."

    c.    SUBJECT PARCEL 3 is a USPS Priority Mail parcel with tracking label number 9505 5145 5758 4040 9426 15, weighing approximately four pounds 8.8 ounces, with a listed return address of "Romein Duffy, 2532 Daly St. Los Angeles, CA 90031," and a recipient address of "Kai DeVan, 2113 Green St. Harrisburg, PA 17110."

    d.    SUBJECT PARCEL 4 is a USPS Priority Mail parcel with tracking label number 9505 5156 2931 4040 6515 13, weighing approximately two pounds six ounces, with a listed return

address of "Maria Almazan, 4516 W 160th St. Lawndale, CA 90260," and a recipient address of "Miguel Almazan, 909 Sunrise Dr. Marshall, MO 65340."

  e. SUBJECT PARCEL 5 is a USPS Priority Mail parcel with tracking label number 9505 5152 6656 4040 8754 18, weighing approximately seven pounds fourteen ounces, with a listed return address of "2108 Monterey Blvd. Hermosa Beach, CA 90254," and a recipient address of "Brooke Erickson CMU. 1620 Maverick Way B102. Grand Junction, CO 81501."

## ATTACHMENT B

ITEMS TO BE SEIZED

The following items are to be seized from the SUBJECT PARCELS described in Attachment A, which constitute evidence, fruits, and instrumentalities of violations of 21 U.S.C. §§ 841(a)(1) (distribution and possession with intent to distribute a controlled substance); 846 (conspiracy to distribute or possess with intent to distribute a controlled substance); and 843(b) (unlawful use of a communication facility, including the mails, to facilitate the distribution of a controlled substance):

    a. Any controlled substances;

    b. Currency, money orders, bank checks, or similar monetary instruments in quantities over $1,000; and

    c. Any associated packaging materials.